IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JESSICA MILLER, ON BEHALF OF
HERSELF AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED;
        Plaintiff,

-vs-

RES-CARE, INC.,
        Defendant.

CAUSE NO.:
A-17-CV-00569-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#22] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal [#22] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 14th day of June 2018.

                                               Sam Sparks
                                     UNITED STATES DISTRICT JUDGE